=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 72  SSM 1
The People &c.,
          Respondent,
        v.
Ronnell Jordan,
          Appellant.


          Submitted by Kevin C. Adam, for appellant.
          Submitted by Amy Appelbaum, for respondent.


MEMORANDUM:

        The order of the Appellate Division should be affirmed.

        Defendant failed to preserve his contention that the

trial court discharged prospective jurors based on hardship

without conducting a sufficient inquiry (see People v King, __

NY3d __ [decided herewith]).  Defendant's remaining contentions

- 1 -

are without merit.

People v Ronnell Jordan

No. SSM 1

Rivera, J (dissenting):

For the reasons stated in my dissenting opinion in People v King (___ NY3d ___, [decided herewith]), I would reverse the order of the Appellate Division on the sole ground that the judge's jury selection process denied defendant his right to a jury trial.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order affirmed, in a memorandum.  Judges Pigott, Abdus-Salaam, Stein and Fahey concur.  Judge Rivera dissents in an opinion. Chief Judge DiFiore and Judge Garcia took no part.

Decided March 29, 2016

- 1 -